IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD BUKSTEL** | : | **CIVIL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **JEHU HAND, et al.** | : | NO. 15-3951 |

## O R D E R

**AND NOW**, this 20TH day of August, 2015, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis* and his complaint, it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The complaint is **DISMISSED** for the reasons stated in the Court's Memorandum. Plaintiff's claims under Federal Rules of Civil Procedure 60(b)(2) and (3) are **DISMISSED with prejudice** and his Dragonetti Act claims are **DISMISSED without prejudice** to him refiling those claims in state court.

3. The Clerk of Court shall **CLOSE** this case.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON, J.**

O:\CIVIL 15\15-3951 bukstel v. hand\15-3951.order.IFP.dismiss.2015.08.19.docx