IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD BUKSTEL**<br><br>     v.<br><br>**JEHU HAND, et al.** | **CIVIL ACTION**<br><br>**NO. 15-3951** |

## O R D E R

**AND NOW**, this 28th day of June, 2016, for the reasons discussed in the foregoing Memorandum, it is hereby **ORDERED** that plaintiff Edward Bukstel's Motion for Fraud on the Court (ECF 19) is **DENIED WITH PREJUDICE**.

**BY THE COURT:**

/s/ Michael M. Baylson
Michael M. Baylson, J.

O:\CIVIL 15\15-3951 bukstel v. hand\15cv3951.order re 60b motion.docx